**Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-13-01143-CV
_____

**LEROY  STROMAN, Appellant**

**V.**

**ROXANN MARTINEZ, Appellee**

---

**On Appeal from the Co Ct at Law No 2 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. 530200002**

---

## O R D E R

The reporter's record of the Indigency Hearing taken by Robin Rios has been filed in this case.  Robin Rios, the court reporter, for the County Court at Law No 2 & Probate Court informed this court that appellant had not requested the reporter's record.  On February 27, 2014, the clerk of this court notified appellant to provide proof to this court that they had requested preparation of this record within 15 days.  Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM